IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CHAMBALA J.E. HOLLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-2494-SAC |
| ) | |
| AEROTEK, INC., d/b/a ) | |
| AEROTEK STAFFING AGENCY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On October 29, 2014, the court granted the plaintiff's motion for an order directing the Kansas Human Rights Commission ("KHRC") to provide records pertaining to KHRC Case No. 37335-15 (EEOC Charge No. 563-2014-01345), styled "Hollis v. Aerotek Staffing Agency, et al. **(ECF doc. 14)**.  The court ordered the KHRC to submit for in camera review any portion of the investigative file which it believed to be of a deliberative or conciliatory nature, or attorney work product of the KHRC's legal staff.

The KHRC has submitted one document for the court's review.  The court has reviewed the document and finds that it is of a deliberative or conciliatory nature, or attorney work product and, therefore, is not discoverable.

IT IS SO ORDERED.

Dated this 10th day of December, 2014, at Kansas City, Kansas.

        s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge